MICHELE BECKWITH
Acting United States Attorney
JEFFREY SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARICE CURRY,<br><br>Defendant. | CASE NO. 1:25-CR-00012-JLT-SKO<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Jeffrey Spivak, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: January 30, 2025                MICHELE BECKWITH
                                       Acting United States Attorney

                                       By: /s/ JEFFREY SPIVAK
                                           JEFFREY SPIVAK
                                           Assistant United States Attorney

1  MICHELE BECKWITH
   Acting United States Attorney
2  JEFFREY SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:25-CR-00012-JLT-SKO
12 |                      Plaintiff,  | ORDER TO UNSEAL INDICTMENT
13 |             v.                   |
14 | MARICE CURRY,                    |
15 |                      Defendant.  |
16

17
     Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment
18
   filed be unsealed and become public record.
19

20

21 IT IS SO ORDERED.

22
     Dated:   **January 30, 2025**          /s/ *Barbara A. McAuliffe*
23                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

MOTION AND PROPOSED ORDER TO UNSEAL            2