```
ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARICE L. CURRY,<br><br>        Defendant. | CASE NO. 1:25-CR-000012-JLT-SKO<br><br>JOINT STATUS REPORT AND STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: October 29, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1.      This case set for status conference on October 29, 2025. As set forth below, the parties now move, by stipulation, to set this case for jury trial on July 7, 2026 at 8:30 am, and to exclude the time period between October 29, 2025 and July 7, 2026 under the Speedy Trial Act.  The parties estimate the trial will take roughly 3-5 days. The parties further request that the Court set a status conference before the Hon. Sheila K. Oberto on February 4, 2026, at 1:00 pm.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2.      By previous order, this matter was set for status conference on October 29, 2025.  By this stipulation, the parties now move to set this case for jury trial on July 8, 2026 at 8:30 am, and to exclude the time period between October 29, 2025 and July 8, 2026 under the Speedy Trial Act. The parties

1

further request that the Court set a status conference before the Hon. Sheila K. Oberto on February 4, 2026 at 1:00 pm.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes substantial volumes of financial records, tax information, witness interviews, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Given the volume of discovery and financial information, counsel for defendant will need substantial time to prepare the case for trial.

    b) Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case. Plea discussions remain ongoing.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2025 to July 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: October 20, 2025 | ERIC GRANT<br>United States Attorney |
|---|---|
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: October 20, 2025 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ Kara R. Ottervanger<br>Kara R. Ottervanger<br>Assistant Federal Defender<br>Counsel for Defendant |

### ORDER

IT IS SO ORDERED that this case is set for jury trial on July 7, 2026 at 8:30 am, and time is excluded from today's date through and including July 7, 2026 under the Speedy Trial Act. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS FURTHER ORDERED that this case is set for a status conference before the Hon. Sheila K. Oberto on February 4, 2026, at 1:00 pm.

The October 28, 2025, status conference is VACATED.

Dated: **October 22, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE