HEATHER E. WILLIAMS, CA #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARICE CURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARICE CURRY, <br><br> Defendant. | Case No. 1:25-cr-00012-JLT-SAB <br><br> **STIPULATION TO CONTINUE SENTENCING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Kara Ottervanger, counsel for Marice Curry, that the sentencing hearing currently scheduled for July 13, 2026, at 9:00 a.m. may be continued to August 24, 2026, at 9:00 a.m.

Mr. Curry entered a plea of guilty to Count 1 of the Indictment on February 9, 2026. *See* Dkt. #24. At that time, sentencing was set for May 26, 2026. *See* Dkt. #24.[1]

For the following good cause, the parties are in agreement to continue sentencing in this matter to August 24, 2026. Counsel for Mr. Curry requires additional time for defense investigation to be sufficiently prepared for sentencing in this matter. There are additional documents

---

[1] Due to the unavailability of the Court, the sentencing was later rescheduled to July 13, 2026. *See* Dkt. # 26.

outstanding that counsel believes will be provided in the next couple of weeks that will aid preparation of a sentencing memorandum and potentially with any arguments related to outstanding objections to the presentence investigation report.

After consulting with government counsel, August 24, 2026, is a mutually agreeable date for the parties. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court and takes into consideration the availability of counsel and the need to be sufficiently prepared for sentencing. As this is a sentencing hearing, no exclusion of time is necessary

ERIC GRANT
United States Attorney

Date: July 6, 2026

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2026

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
MARICE CURRY

ii

Curry – stip/order to continue sentencing

# **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, July 13, 2026, at 9:00 a.m. be continued to Monday, August 24, at 9:00 a.m.

IT IS SO ORDERED.

Dated:    July 6, 2026

_____
UNITED STATES DISTRICT JUDGE

Curry – stip/order to continue sentencing